FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ JUN 24 2005 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------X

ANTHONY ATKINSON,

                Petitioner,

                             MEMORANDUM and
                             ORDER

   -against-

                             00-CV-3573
LEONARD A. PORTUANDO,            (JBW)

                Respondent.

----------------------------------------X

WEINSTEIN, *Senior District Judge*:

Mr. Atkinson's case is closed. His letter of February 27, 2005 is requesting documents filed in other habeas corpus cases in which he is not the petitioner. This court has no power to grant his motion in cases other than his own.

        SO ORDERED.

                                   JACK B. WEINSTEIN
                                   *SENIOR UNITED STATES DISTRICT JUDGE*

Dated: Brooklyn, New York
       June 22, 2004